

40 Broad Street, 7th Floor
New York, New York 10004
Telephone: (212) 943-9080
Facsimile: (212) 943-9082

December 7, 2022

**John M. Harras**
Partner
jharras@vandallp.com

**VIA ELECTRONIC CASE FILING**

Hon. Edgardo Ramos, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

Re:   *Trs. of the N.Y.C. Dist. Council of Carpenters Pension Fund v. Carrick Woodworking Co., Inc.*; **Case No.: 21 CV 7197 (ER)**

Dear Judge Ramos:

This firm represents Plaintiff in the above-referenced action. Plaintiffs writes jointly with Defendant to inform the Court that the parties resolved this matter and anticipate filing a stipulation of dismissal, pending formal approval of proposed resolution by Plaintiffs' Board of Trustees at its quarterly meeting on December 13, 2022. Accordingly, Plaintiffs respectfully request that the Court adjourn the December 8, 2022 conference for 30 days until January 7, 2023.

Defendant and counsel for Plaintiffs have reached a resolution to this action in principle. Undersigned counsel anticipates recommending this proposed resolution to Plaintiffs' Board of Trustees during its quarterly meeting on December 13, 2022. Any settlement proposal must be voted on by Plaintiffs' Board of Trustees.

Accordingly, the parties respectfully request that the Court grant them an adjournment of the final pretrial conference for 30 days, from December 8, 2022 until January 7, 2023, to allow Plaintiffs' Board of Trustees to formally vote on the proposed resolution and to enable the parties to avoid incurring potentially unnecessary litigation costs associated with trial preparation. All parties consent to this request. This request is the first such request.

The parties thank the Court for its time and attention to this matter.

Respectfully submitted,
*John M Harras*
John M. Harras

cc: Counsel of Record (via ECF)

---

The parties' joint request to adjourn the Case Management Conference scheduled for December 8, 2022, at 11:30 a.m. is granted.  SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated:  December 7, 2022
New York, New York